UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SEREFEX CORPORATION,

    Plaintiff,

vs.    Case No. 2:08-cv-692-FtM-29DNF

HICKMAN HOLDINGS, LP, CHRESSIAN, LLC, THE D'ANZA FAMILY TRUST, BILTMORE INVESTMENTS, LTD jointly and severally,

    Defendants.

## ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #87), filed April 20, 2010, recommending that defaults be entered against Hickman Holdings, LP, Chressian, LLC, and The D'Anza Family Trust. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de

*novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #87) is hereby **adopted**.

2. The Clerk shall enter defaults against Hickman Holdings, LP, Chressian, LLC, and The D'Anza Family Trust.

**DONE AND ORDERED** at Fort Myers, Florida, this 17th day of May, 2010.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties